**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 453 WAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ELWOOD C. BRASWELL, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 22nd day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.